UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEATHER VINCENT,

    Plaintiff,

v.                                                                   Case No. 1:11-cv-898
                                                                  Hon. Hugh W. Brenneman, Jr.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
    _____/

## **JUDGMENT**

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

    **IT IS SO ORDERED.**


Dated:  September 24, 2012                         <u>/s/ Hugh W. Brenneman, Jr.</u>
                                                                        HUGH W. BRENNEMAN, JR.
                                                                        United States Magistrate Judge